UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

FRED ALSTON , as a Trustee of the LOCAL 272 LABOR-MANAGEMENT PENSION FUND; FRED ALSTON , as a Trustee of the LOCAL 272 WELFARE FUND,

Plaintiffs,

-against-

CHELNIK PARKING CORP.,

Defendant.

------------------------------------------------------------------X

Civil Action No.
18 CV 5119 (GBD)
ECF Case

DEFAULT
JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 4 2018

This action having been commenced by the filing of a complaint and the issuance of a summons on June 8, 2018, and the summons and complaint having been served on defendant by service on the Secretary of State of the State of New York on June 25, 2018, proof of service having been filed by the Office of the Clerk of this Court on July 27, 2018, and defendant, CHELNIK PARKING CORP., not having appeared, answered or otherwise moved with respect to the complaint herein, and the time for said defendant to appear, answer or otherwise move having expired, it is

ORDERED, ADJUDGED AND DECREED that FRED ALSTON, as a Trustee of THE LOCAL 272 LABOR-MANAGEMENT PENSION FUND; FRED ALSTON, as a Trustee of THE LOCAL 272 WELFARE FUND, with offices at 220 East 23rd Street, 8th Floor, New York, NY 10010, have judgment against the defendant, CHELNIK PARKING CORP., whose last known address is 1133 Broadway Suite #733, New York, NY 10010, for the relief demanded in the Complaint to Wit: that defendant allow plaintiffs to audit all books and records of all defendant's trades and businesses, whether or not incorporated, which are under defendant's common control, that will enable plaintiffs to determine the amount

of contributions owed to plaintiffs on behalf of participants employed by defendants for the period January 1, 2017 to December 31, 2017, and it further

ORDERED, ADJUDGED and DECREED that the defendant shall pay to plaintiffs an award of plaintiffs' attorney's fees of $2,747.00 and costs of $503.51 pursuant to 29 U.S.C., Section 1132(g)(2)(D) against defendant, totaling $3,250.51 and it is further

ORDERED AND ADJUDGED that the judgment rendered by the Court on this day in favor of the plaintiffs be entered as a final judgment, and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: New York, New York

*George B. Daniels*
U.S.D.J.

SEP 0 4 2018
Date

JUDGMENT ENTERED:

_____
Clerk

_____
Date